UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| **DARLENE WHALEY,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No: 3:12-cv-353-H |
| | ) ) ) | |
| **SPEEDWAY, LLC,** | ) ) | |
| Defendant. | | |

## JOINT STATUS REPORT AND MOTION TO STAY

Pursuant to the Court's Order of July 17, 2012, Plaintiff Darlene Whaley, by counsel, and Defendant Speedway, LLC, by counsel, respectfully submit the following joint status report, and jointly request that the Court continue the stay of these proceedings to permit the parties to continue to resolve this matter without further need for judicial intervention. In support of this Motion to Continue the Stay for an additional ninety (90) days, the parties respectfully state as follows:

1. This is a claim brought pursuant to Title III of the Americans with Disabilities Act (ADA) seeking removal of alleged barriers to access at the Speedway station located at 3030 Taylor Boulevard in Louisville, Kentucky.

2. In order to determine the feasibility of resolving the claims asserted by Plaintiff in this matter, Defendant has conducted a thorough inspection of the property at issue.

3. The parties have discussed the preliminary results of Defendant's inspection, and counsel for Defendant is preparing to communicate a specific list of alleged barriers to discuss with Plaintiff's counsel, with the expectation that the parties will mutually agree to resolve same.

4. Accordingly, and for the purpose described herein, the parties request that this matter be stayed for an additional period of ninety (90) days.  Should this matter not be fully resolved within that time period, the parties shall file a joint status report before the expiration of the ninety (90) day stay.

5.  This motion is not interposed for purposes of delay, but rather to avoid potentially unnecessary litigation, and the expenses thereof, as the parties continue to work toward a collaborative resolution.

Respectfully submitted this the 16th day of October, 2012.

/s/ Emily H. Morris
Susan C. Sears
ssears@littler.com
Emily H. Morris
emorris@littler.com
Littler Mendelson, P.S.C.
333 West Vine Street, Suite 1620
Lexington, KY  40507
Telephone: 859.317.7970

Attorneys for Defendant Speedway, LLC


/s/ Edward I. Zwilling (with permission)
Edward I. Zwilling
ezwilling@szalaw.com
Schwartz Zweben, LLP
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:   (205) 822-2701

Facsimile:     (205) 822-2702

*Attorney for Plaintiff Darlene Whaley*

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed with the Court's electronic filing system on October 16, 2012.  Notification of such filing shall be served upon the attorneys of record through the Court's electronic filing system.

                        */s/ Emily H. Morris*
                        Emily H. Morris