UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **DARLENE WHALEY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**SPEEDWAY, LLC,** )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 3:12-cv-353-JGH |

## ORDER

Having reviewed the parties' Status Report and Joint Motion to Continue Stay, and the Court being fully advised, it is hereby ORDERED that the Joint Motion be, and hereby is, GRANTED, and all current dates and deadlines in regard to this matter are hereby stayed for ninety (90) days, from the date of entry of this Order, pending the parties' efforts to resolve this matter.

**SO ORDERED.**